| | |
|---|---|
| 1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>   A Limited Liability Partnership<br>2    Including Professional Corporations<br>  BABAK YOUSEFZADEH, Cal. Bar No. 235974<br>3  GAL GRESSEL, Cal. Bar No. 286312<br>  Four Embarcadero Center, 17th Floor<br>4  San Francisco, California 94111-4109<br>  Telephone:  415.434.9100<br>5  Facsimile:   415.434.3947<br>  E mail       byousefzadeh@sheppardmullin.com<br>6              ggressel@sheppardmullin.com<br><br>7  Attorneys for CURATIVE INC.<br><br>8  Joseph Lavi, Esq. (SBN 209776)<br>  Vincent C. Granberry, Esq. (276483)<br>9  Pooja V Patel, Esq. (317891)<br>  Danielle E. Montero, Esq. (333945)<br>10 LAVI & EBRAHIMIAN, LLP<br>  8889 W. Olympic Blvd., Suite 200<br>11 Beverly Hills, California 90211<br>  Telephone:  310. 432.0000<br>12 Facsimile:   310. 432.0001<br>  E-Mail:     jlavi@lelawfirm.com<br>13             vgranberry@lelawfirm.com<br>              DMontero@lelawfirm.com<br>14<br>  Attorneys for BRIANA BELNAVIS<br>15<br>  *[Additional counsel on next page]* | JS6 |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIANA BELNAVIS, on behalf of herself and others similarly situated,<br><br>                Plaintiff,<br><br>        v.<br><br>CURATIVE INC.; YOH SERVICES LLC; DAY & ZIMMERMANN INTERNATIONAL, INC.; and DOES 1 to 100, inclusive,<br><br>                Defendants. | Case No. 2:21-cv-07198-RGK-MAA<br><br>[XXXPOXSEDR] ORDER GRANTING STIPULATION TO REMAND TO STATE COURT WITHOUT PREJUDICE  [24]<br><br>Judge:  Hon. Gary Klausner<br>Crtrm:  850<br><br>Complaint filed: May 25, 2021 |

Case No. 2:21-cv-07198-RGK-MAA

SMRH:4890-9807-7442.2

Melinda S. Riechert (SBN 65504)
MORGAN, LEWIS & BOCKIUS LLP
1400 PAGE MILL ROAD
PALO ALTO, CA 94304
Telephone:  650.843-4000
Fax:             650-843-4001
E-Mail:      melinda.riechert@morganlewis.com

Sarah Zenewicz (SBN 258068)
Jason P. Brown (SBN 266472)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94110
Telephone:   415.442.1000
Fax:              415.442.1001
E-Mail:       Sarah.Zenewicz@morganlewis.com
                   Jason.Brown@morganlewis.com

Attorneys for YOH SERVICES LLC and
DAY & ZIMMERMANN INTERNATIONAL, INC.

# [PROPOSED] ORDER

The Court, having considered the Parties' Stipulation to Remand to State Court Without Prejudice ("Stipulation"), and for good cause appearing, hereby orders as follows:

1. Pursuant to the Stipulation, Plaintiff withdraws her Motion to Remand (Dkt No. 15), and it is denied as moot, without prejudice.

2. Pursuant to the Stipulation, and the Parties' settlement reached at mediation, this action is remanded to the Los Angeles Superior Court, without prejudice.

3. In the event the Parties' settlement is not approved by the Los Angeles Superior Court, and this case proceeds to litigation: (a) Defendants may remove the action, and Plaintiff shall not object to the removal as untimely based on the time that has lapsed after the original removal to this Court, and (b) in the event of any such removal, Plaintiff reserves the right to, and may, seek to remand the action to state court, on the same grounds as set forth in her current Motion to Remand.

**IT IS SO ORDERED.**

Dated: __November 8__, 2021          _/s/ Gary Klausner_
                                      HONORABLE GARY KLAUSNER
                                      UNITED STATES DISTRICT COURT

cc: 21STCV19811

-3-                                   Case No. 2:21-cv-07198-RGK-MAA